# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COSMOPOLITAN TILE, LTD, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.  2:10-cv-01650-JCM-GWF<br><br>**ORDER**<br><br>Motion to Withdraw (#14) |

　　　This matter is before the Court on Martina Shindelus, Esq. and the law firm of Peel Brimley LLP's Motion to Withdraw as Counsel of Record for Defendants Cosmopolitan Tile, Ltd. and Ronaldy D. Villatoro (#14), filed April 13, 2011.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Martina Shindelus, Esq. and the law firm of Peel Brimley LLP's Motion to Withdraw as Counsel of Records for Defendants Cosmopolitan Tile, Ltd. and Ronaldy D. Villatoro (#14) is **granted**.

　　　**IT IS FURTHER ORDERED** that Ronaldy Villatoro shall have until **May 24, 2011**, to advise the Court if he will retain new counsel.  While Mr. Villatoro may choose to retain new counsel or proceed *in proper* person, Cosmopolitan Tile, Ltd. must retain new counsel if it intends to continue to litigate this matter.  A limited liability company may appear in federal court only through licensed counsel.  *See U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Ronaldy Villatoro to the civil docket:

   **Ronaldy Villatoro**
   **Cosmopolitan Tile, Ltd.**
   **3111 Valley View Blvd., E-132**
   **Las Vegas, NV 89012**

2. add the last known address of Cosmopolitan Tile, Ltd. to the civil docket:

   **Cosmopolitan Tile, Ltd.**
   **3111 Valley View Blvd., E-132**
   **Las Vegas, NV 89012**

3. serve Ronaldy Villatoro and Cosmopolitan Tile, Ltd. with a copy of this order at their last known addresses listed above.

DATED this 4th day of May, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge