# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al

Plaintiffs,

V.

Cosmopolitan Tile, LTD. ,
Ronaldy Villatoro a/k/a Ron Villatoro

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number:  2:10-cv-01650-JCM -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

default judgment is hereby entered in favor of plaintiffs, Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, Trustees of the Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund, Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund, Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund,  Trustees of the Bricklayers & Trowel Trades International Pension Fund, Trustees of the Bricklayers & Trowel Trades International Health Fund, and Trustees of the International Masonry Institute,  against defendants Cosmopolitan Tile, LTD., and Ronaldy Villatoro, a/k/a Ron Villatoro, in the amount of $132,766.34, representing delinquent contributions, liquidated damages, pre-judgment interest, audit fees, attorneys' fee, and costs.

August 29, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk