1  **THE URBAN LAW FIRM**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  NATHAN R. RING, Nevada State Bar No. 12078
   4270 S. Decatur Blvd., Suite A-9
3  Las Vegas, Nevada 89103
   Telephone: (702) 968-8087
4  Facsimile: (702) 968-8088
   Electronic Mail: murban@theurbanlawfirm.com
5          nring@theurbanlawfirm.com

6  *Counsel for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10 TRUSTEES OF THE BRICKLAYERS &            )
   ALLIED CRAFTWORKERS LOCAL 13             )   CASE NO: 2:10-cv-01650-JCM-GWF
11 DEFINED CONTRIBUTION PENSION             )
   TRUST FOR SOUTHERN NEVADA;               )
12 TRUSTEES OF THE BRICKLAYERS &            )
   ALLIED CRAFTWORKERS LOCAL 13             )   **AMENDED ORDER FOR JUDGMENT**
13 HEALTH BENEFITS FUND; TRUSTEES OF        )   **DEBTOR EXAMINATION OF RONALDY**
   THE BRICKLAYERS & ALLIED                 )   **D. VILLATORO** *a/k/a* **RON VILLATORO**
14 CRAFTWORKERS LOCAL 13 VACATION           )   *a/k/a* **RONOLDY D. VILLATORO,**
   FUND; BRICKLAYERS & ALLIED               )   **OFFICER OF DEFENDANT/JUDGMENT**
15 CRAFTWORKERS LOCAL 13 NEVADA;            )   **DEBTOR COSMOPOLITAN TILE, LTD.**
   TRUSTEES OF THE BRICKLAYERS &            )
16 TROWEL TRADES INTERNATIONAL              )
   PENSION FUND; TRUSTEES OF THE            )
17 BRICKLAYERS & TROWEL TRADES              )
   INTERNATIONAL HEALTH FUND; and           )
18 TRUSTEES OF THE INTERNATIONAL            )
   MASONRY INSTITUTE,                       )
19                                          )
                Plaintiffs,                 )
20                                          )
   vs.                                      )
21                                          )
   COSMOPOLITAN TILE LTD., a Nevada         )
22 limited liability company; et al.        )
                                            )
23              Defendants.                 )
                                            )

24

25       Having considered Plaintiffs' Application for Judgment Debtor Examination of Ronaldy D.

26 Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy Villatoro, Officer of Defendant/Judgment Debtor

27 Cosmopolitan Tile, Ltd., and the Declaration of Nathan R. Ring and good cause appearing,

28 …

                                    1

1    **IT IS HEREBY ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D.

2   Villatoro, Officer of Defendant/Judgment Debtor Cosmopolitan Tile, Ltd., appear in Courtroom 3A at

3   the United States District Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South,

4   Las Vegas, Nevada 89101, on the 21st day of November, 2011, at 9:30 a.m. to be sworn in for a

5   Judgment Debtor Examination,

6    **IT IS FURTHER ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D.

7   Villatoro, Officer of Judgment Debtor Cosmopolitan Tile, Ltd. appear at 4270 S. Decatur Blvd., Suite

8   A-9, Las Vegas, Nevada, on the 21st day of November, 2011, at 1:00 p.m., and answer concerning

9   property subject to the ownership and control of Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy

10   D. Villatoro and Cosmopolitan Tile, Ltd.

11    **IT IS FURTHER ORDERED** that the Plaintiffs will serve Ronaldy D. Villatoro *a/k/a* Ron

12   Villatoro *a/k/a* Ronoldy D. Villatoro, Officer of Judgment Debtor Cosmopolitan Tile, Ltd., at his

13   personal residence located at 3424 Edgehill Way, North Las Vegas, Nevada 89032.

14    **IT IS FURTHER ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D.

15   Villatoro and/or Cosmopolitan Tile, Ltd. (hereinafter "Cosmopolitan") bring with them the following

16   documents under his or Cosmopolitan's control or under the control of its agents, attorneys or

17   accountants:

18    1.    All financial statements prepared by or on behalf of Cosmopolitan from January 1, 2008,

19   to the present.

20    2.    All original monthly bank statements of Cosmopolitan from January 1, 2008, to the

21   present.

22    3.    All original savings account pass books, certificates of deposit, and trust certificates in

23   the name of Cosmopolitan from January 1, 2008, to the present.

24    4.    All original negotiable instruments and negotiable securities in the name of Cosmopolitan

25   from January 1, 2008, to the present.

26    5.    All evidence or other memoranda of any ownership interest of Cosmopolitan in any other

27   corporation, partnership, unincorporated association or any business organized or conducted for the

28   production of income from January 1, 2008, to the present.

1    6.    All evidence or other memoranda of any income received by Cosmopolitan from January

2  1, 2009, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of

3  loans.

4    7.    All evidence or other memoranda of any employer, or place of work or employment of

5  Cosmopolitan from January 1, 2008, to the present, including but not limited to contracts, invoices,

6  billings, vouchers or payments.

7    8.    All evidence of any ownership interest of Cosmopolitan to include but not limited to,

8  bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or

9  machinery, from January 1, 2008, to the present.

10    9.    All evidence of any debts or repayments owed by Cosmopolitan, to include but not

11  limited to, those arising from loans or judgments from January 1, 2008, to the present.

12    10.    Any and all evidence or other memoranda indicating that Cosmopolitan were either a

13  plaintiff or a defendant in any lawsuit from January 1, 2008, to the present.

14    11.    Any and all evidence or memoranda indicating that Cosmopolitan received any judgment,

15  award, bequest or devise in any lawsuit or other court action from January 1, 2008, to the present.

16    12.    Any and all evidence or memoranda indicating any ownership interest of Cosmopolitan

17  in any patent, invention, trade name, or copyright.

18    13.    Any and all evidence or memoranda indicating an ownership interest of Cosmopolitan in

19  any real property or developments on real property.

20    14.    Any and all evidence of the sale(s) of any real or personal property of Cosmopolitan from

21  January 1, 2008, to the present.

22    15.    Any and all loan applications filled out by Cosmopolitan since January 1, 2008.

23    16.    Copies of all documents evidencing the sale or transfer of any assets of Cosmopolitan

24  from January 1, 2008, to the present.

25    17.    Any and all documents evidencing any federal or State tax liability of Cosmopolitan.

26    18.    Original cash disbursement journals and/or check registers maintained in connection with

27  any business of Cosmopolitan from January 1, 2008, to the present.

28    19.    Federal income tax returns of Cosmopolitan for the year 2008 to the present.

20.     All daily job logs, diaries or foreman reports of Cosmopolitan from January 1, 2008, to the present.

21.     All daily job tickets or invoices of Cosmopolitan from January 1, 2008, to the present.

22.     All invoices for labor or services provided by Cosmopolitan in connection with any work in building, excavation, grading, paving and engineering construction, demolition, modification or repair of any structure for the period of January 1, 2008, to the present.

23.     All canceled checks drawn on any account established in the name of Cosmopolitan from January 1, 2008, to the present.

## NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this 19th of October, 2011.

By: _George Foley Jr._

GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

**THE URBAN LAW FIRM**

By: */s/Nathan R. Ring*
    NATHAN R. RING, Nevada State Bar No. 12078
    *Counsel for Plaintiffs*

4