Anthony W. Stirling, Esq.
Nevada Bar No. 9462
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: astirling@rsnvlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> COSMOPOLITAN TILE LTD., a Nevada limited liability company; et al. <br><br> Defendants. | CASE NO.: 2:10-cv-1650-JCM-GWF <br><br> **MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST** <br> ***AND*** <br> **ORDER GRANTING MOTION** |

Anthony W. Stirling hereby files this Motion to remove his name from the CM/ECF System List in the above-entitled matter. The basis for this Motion is that Anthony W. Stirling, Nevada Bar No. 9462, was formerly with the Urban Law Firm, counsel for Plaintiffs. On June 29, 2011, however, Mr. Stirling left The Urban Law Firm and subsequently joined the law firm of

1  Reisman Sorokac. However, Mr. Stirling's name and new email have continued to be mistakenly
2  attached to this matter.
3       Since June 29, 2011, Mr. Stirling has provided no legal services or representation of the
4  above-named Plaintiffs. Said parties are, and always have been, represented by The Urban Law
5  Firm. Accordingly, Mr. Stirling may be removed from the Service List.
6       DATED this 1st day of November, 2011.

REISMAN·SOROKAC

_____
Anthony W. Stirling, Esq.
Nevada Bar No. 9462
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: astirling@rsnvlaw.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2011