**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
             nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>           Plaintiffs,<br><br>vs.<br><br>COSMOPOLITAN TILE LTD., a Nevada limited liability company; et al.<br><br>           Defendants. | CASE NO: 2:10-cv-01650-JCM-GWF<br><br>**SECOND AMENDED ORDER FOR JUDGMENT DEBTOR EXAMINATION OF RONALDY D. VILLATORO *a/k/a* RON VILLATORO *a/k/a* RONOLDY D. VILLATORO, OFFICER OF DEFENDANT/JUDGMENT DEBTOR COSMOPOLITAN TILE, LTD.** |

Having considered Plaintiffs' Motion for Amended Order Regarding Judgment Debtor Examination of Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy Villatoro, Officer of Defendant/Judgment Debtor Cosmopolitan Tile, Ltd. and good cause appearing:

…

1

**IT IS HEREBY ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D. Villatoro, Officer of Defendant/Judgment Debtor Cosmopolitan Tile, Ltd., appear in Courtroom 3A at the United States District Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the 21st day of November, 2011, at 9:30 a.m. to be sworn in for a Judgment Debtor Examination,

**IT IS FURTHER ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D. Villatoro, Officer of Judgment Debtor Cosmopolitan Tile, Ltd. appear at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, 89103 on the 21st day of November, 2011, at 1:00 p.m., and answer concerning property subject to the ownership of Cosmopolitan Tile, Ltd. and control of Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D. Villatoro.

**IT IS FURTHER ORDERED** that the Plaintiffs will serve Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D. Villatoro, Officer of Judgment Debtor Cosmopolitan Tile, Ltd., at his personal residence located at 3424 Edgehill Way, North Las Vegas, Nevada 89032.

**IT IS FURTHER ORDERED** that Ronaldy D. Villatoro *a/k/a* Ron Villatoro *a/k/a* Ronoldy D. Villatoro and/or Cosmopolitan Tile, Ltd. (hereinafter "Cosmopolitan") bring with them the following documents under his or Cosmopolitan's control or under the control of its agents, attorneys or accountants:

1. All financial statements prepared by or on behalf of Cosmopolitan from January 1, 2008, to the present.

2. All original monthly bank statements of Cosmopolitan from January 1, 2008, to the present.

3. All original savings account pass books, certificates of deposit, and trust certificates in the name of Cosmopolitan from January 1, 2008, to the present.

4. All original negotiable instruments and negotiable securities in the name of Cosmopolitan from January 1, 2008, to the present.

5. All evidence or other memoranda of any ownership interest of Cosmopolitan in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income from January 1, 2008, to the present.

1  6. All evidence or other memoranda of any income received by Cosmopolitan from January 1, 2009, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer, or place of work or employment of Cosmopolitan from January 1, 2008, to the present, including but not limited to contracts, invoices, billings, vouchers or payments.

8. All evidence of any ownership interest of Cosmopolitan to include but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2008, to the present.

9. All evidence of any debts or repayments owed by Cosmopolitan, to include but not limited to, those arising from loans or judgments from January 1, 2008, to the present.

10. Any and all evidence or other memoranda indicating that Cosmopolitan were either a plaintiff or a defendant in any lawsuit from January 1, 2008, to the present.

11. Any and all evidence or memoranda indicating that Cosmopolitan received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2008, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of Cosmopolitan in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of Cosmopolitan in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of Cosmopolitan from January 1, 2008, to the present.

15. Any and all loan applications filled out by Cosmopolitan since January 1, 2008.

16. Copies of all documents evidencing the sale or transfer of any assets of Cosmopolitan from January 1, 2008, to the present.

17. Any and all documents evidencing any federal or State tax liability of Cosmopolitan.

18. Original cash disbursement journals and/or check registers maintained in connection with any business of Cosmopolitan from January 1, 2008, to the present.

19. Federal income tax returns of Cosmopolitan for the year 2008 to the present.

1  20. All daily job logs, diaries or foreman reports of Cosmopolitan from January 1, 2008, to the present.

21. All daily job tickets or invoices of Cosmopolitan from January 1, 2008, to the present.

22. All invoices for labor or services provided by Cosmopolitan in connection with any work in building, excavation, grading, paving and engineering construction, demolition, modification or repair of any structure for the period of January 1, 2008, to the present.

23. All canceled checks drawn on any account established in the name of Cosmopolitan from January 1, 2008, to the present.

**NOTICE TO JUDGMENT DEBTOR**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this  15th  of   November  , 2011.

By: _/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

**THE URBAN LAW FIRM**

By: _/s/Nathan R. Ring_
NATHAN R. RING, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

4